**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DEWAYNE KIMBLE, | ) | NO. CV 11-8415-DDP (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE, | ) | |
| Respondent. | ) | |

　　Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED:　October 25, 2011　.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE